United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                               Case No. 2:25-mj-310

Carson A Bigham

## COURTROOM MINUTES
### Initial Appearance

| U.S. Magistrate Judge Kimberly A. Jolson | | Date:   May 19, 2025 @ 1:30 pm | |
|---|---|---|---|
| Deputy Clerk | Jessica Rector | Counsel for Govt: | Emily Czerniejewski |
| Court Reporter | CourtSmart | Counsel for Deft(s): | Adam Burke |
| Interpreter | | Pretrial/Probation: | Frank Clardy |
| Log In | 1:44 pm | Log Out | 1:51 pm |

Defendant advised of rights, charges, and penalties.

Defendant has retained counsel.

Government's oral motion for detention hearing is granted.

Detention Hearing set for 5/27/25 @ 1:00 pm.

Preliminary Hearing set for 6/5/25 @ 2:00 pm

Government reminded of their obligation under the Due Process Protections Act.

Defendant remanded to USMS.