United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                                Case No. 2:25-mj-310

Carson A Bigham

## COURTROOM MINUTES
### Detention Hearing

|  | **U.S. Magistrate Judge Kimberly A. Jolson** | **Date:** | May 27, 2025 @ 1:00 pm |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Emily Czerniejewski |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Adam Burke |
| **Interpreter** |  | **Pretrial/Probation** | Frank Clardy |
| **Log In** | 12:56 pm | **Log Out** | 1:29 pm |

Government argues for detention.

Defendant argues for release.

Defendant is not a risk of flight, however, no condition or set of conditions can reasonably assure the safety of the community.   Defendant is ORDERED DETAINED pending trial.

Defendant remanded to USMS.